MAUD ROBERTS and CHARLES ROBERTS, Appellants, v. WESTCHESTER LIGHTING COMPANY, Respondent, and TRAVELERS INSURANCE COMPANY, Defendant.— The action is based on defendants' alleged fraud in inducing plaintiffs to settle the plaintiff wife's action for personal injuries and the plaintiff husband's action for loss of services. Order granting motion of defendant Westchester Lighting Company to direct the plaintiff wife to submit to a physical examination pursuant to section 306 of the Civil Practice Act, affirmed, with ten dollars costs and disbursements; time and place of examination to be fixed by agreement between counsel, as provided in the order. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

ALBERT ROBINSON, Respondent, v. BEVERWYCK BREWERIES, INC., Appellant. —Judgment in favor of the plaintiff in an action to recover damages for breach of an employment contract and order denying defendant's motion to set aside the verdict and for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

FREDERICK ROCCHIO, Individually and as Guardian ad Litem of JOSEPH P. ROCCHIO, an Infant, Appellant, v. RANDOLPH F. FRERS, Respondent.— In an action by a guardian ad litem to recover damages for personal injuries to Joseph P. Rocchio, an infant, and for loss of services and for medical expenses incurred, the proof shows that Joseph P. Rocchio was eighteen years old and employed as a golf caddy. He was on a fairway adjacent to that on which the defendant was playing. Between the tee from which the defendant drove and the plaintiff, who was about 175 feet away, there were some trees, and it was shown the defendant's stroke propelled the ball away from its intended flight and struck the caddy. Judgment dismissing the complaint at the close of the plaintiff's case unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagerty, Davis, Adel and Taylor, JJ.

BELLE SHAPIRO, Respondent, v. ABRAHAM PINKOWITZ, Appellant.— In an action to recover a sum of money due and owing, order granting summary judgment in favor of plaintiff and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

STARLIGHT CAFETERIA, INC., NICHOLAS KNOWALL and JOHN KLEIN, Respondents, v. RELIABLE KITCHEN EQUIPMENT, INC., Defendant, and " JOHN " W. FRIEDMAN, First Name John Being Fictitious, Same Being Unknown to Plaintiffs, Appellant.—Action to enjoin the negotiation of a promissory note and to declare a conditional sales agreement void, and for judgment for damages. Judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

STATE OF OHIO ex rel. I. J. FULTON, Superintendent of Banks, in Charge of the Liquidation of FARMERS' MERCHANTS' BANK OF BEAVERDAM, OHIO, Respondent, v. NATHAN SAAL, SAMUEL SAAL and MORRIS SAAL, Individually and as Copartners Doing Business under the Firm Name and Style of SAAL BROS. and SAAL BROS., INC., Appellants.— Order granting plaintiff's motion to direct defendants to appear and have their depositions taken as adverse parties affirmed, in so far as an appeal is taken therefrom, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.